Order entered October ⁹ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00865-CV

### KESHA BELL, Appellant

### V.

### JAMES B. NUTTER & CO., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02586-C**

## ORDER

Appellant's brief was due on September 18, 2012, but has not been filed. On September 25, 2012, appellee filed a motion to dismiss for mootness and want of prosecution. The Court **ORDERS** appellant to file her brief or otherwise respond to the motion to dismiss within ten days of the date of this order. If she does not do so, this case may be dismissed without further notice.



MOLLY FRANCIS
JUSTICE